## Payslip
### Earnings and Deductions

**CITY OF PHILADELPHIA**

**Stacey M. Hudson**
**4032 Gideon Rd**
**Brookhaven, PA 19015**
**US**

| | |
|---|---|
| Employee Number | |
| Department | PPD Police |
| Location | PPD 4902 |
| Payperiod Ending | 2026/04/12 |
| Date Payable | 2026/04/17 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 40.00 | 1,181.70 |
| Holiday Worked 1_5 | 8.00 | 354.51 |
| FMLA Vacation | 32.00 | 945.36 |
| Holiday Cash | 8.00 | 236.34 |
| Longevity Pay | 0.00 | 154.92 |
| Third Shift | 2.00 | 1.20 |
| Third Shift | 10.00 | 4.00 |
| **Gross Current Earnings** | | **2,878.03** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 292.22 | 1,596.37 |
| Social Security | 178.44 | 1,108.18 |
| Medicare | 41.73 | 259.17 |
| PA State Tax | 88.36 | 548.73 |
| PA Unemployment | 2.01 | 12.51 |
| Philadelphia | 98.72 | 613.07 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan Y3 | 149.08 | 923.37 |
| Def Comp Flat | 100.00 | 800.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,878.03 | 17,873.85 |
| Net Earnings | 1,664.81 | 9,999.84 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 30.00 | 232.00 |
| Deferred Comp Loan | 232.66 | 1,732.61 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y3 | 923.37 | 40,997.13 |

| Accruals | Net Entitlement |
|---|---|
| **Admin Leave** (Expires 30-Jun-2026) | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| FMLA | 352.00 |
| Holiday Comp | 0.00 |
| K9 Care | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 12.00 |
| Special Comp | 0.00 |
| Vacation | -29.67 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

Stacey M. Hudson
4032 Gideon Rd
Brookhaven, PA 19015
US

| | |
|---|---|
| Employee Number | |
| Department | PPD Police |
| Location | PPD 4902 |
| Payperiod Ending | 2026/04/26 |
| Date Payable | 2026/05/01 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 64.00 | 1,890.72 |
| FMLA Vacation | 16.00 | 472.68 |
| Longevity Pay | 0.00 | 134.72 |
| Legal Aid | 0.00 | 12.00 |
| Third Shift | 16.00 | 6.40 |
| | | |
| Gross Current Earnings | | 2,516.52 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 210.41 | 1,806.78 |
| Social Security | 156.02 | 1,264.20 |
| Medicare | 36.49 | 295.66 |
| PA State Tax | 77.26 | 625.99 |
| PA Unemployment | 1.76 | 14.27 |
| Philadelphia | 86.32 | 699.39 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| | | |
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan Y3 | 129.73 | 1,053.10 |
| Def Comp Flat | 100.00 | 900.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,516.52 | 20,390.37 |
| Net Earnings | 1,392.98 | 11,392.82 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Deferred Comp Loan | 283.55 | 2,016.16 |
| Union Dues | 30.00 | 262.00 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances. | |
| Admin Leave (Expires 30-Jun-2026) | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| FMLA | 368.00 |
| Holiday Comp | 0.00 |
| K9 Care | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 22.00 |
| Special Comp | 0.00 |
| Vacation | -29.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y3 | 1,053.10 | 41,126.86 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

**Stacey M. Hudson**
**4032 Gideon Rd**
**Brookhaven, PA 19015**
**US**

| | |
|---|---|
| **Employee Number** | ▮ |
| **Department** | **PPD Police** |
| **Location** | **PPD 4902** |
| **Payperiod Ending** | **2026/05/10** |
| **Date Payable** | **2026/05/15** |
| **Payment Method** | **Direct Deposit** |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 24.00 | 709.02 |
| FMLA Vacation | 48.00 | 1,418.04 |
| Longevity Pay | 0.00 | 126.30 |
| Overtime 1_5 | 2.00 | 88.63 |
| Third Shift | 6.00 | 2.40 |
| | | |
| **Gross Current Earnings** | | **2,344.39** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 190.75 | 1,997.53 |
| Social Security | 145.36 | 1,409.56 |
| Medicare | 33.99 | 329.65 |
| PA State Tax | 71.97 | 697.96 |
| Philadelphia | 80.41 | 779.80 |
| PA Unemployment | 1.64 | 15.91 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| | | |

**Gross Retro Earnings**

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan Y3 | 121.44 | 1,174.54 |
| Def Comp Flat | 100.00 | 1,000.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,344.39 | 22,734.76 |
| Net Earnings | 1,285.28 | 12,678.10 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 30.00 | 292.00 |
| Deferred Comp Loan | 283.55 | 2,299.71 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances.

| | |
|---|---|
| Admin Leave (Expires 30-Jun-2026) | 0.00 |
| | |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| FMLA | 424.00 |
| Holiday Comp | 0.00 |
| K9 Care | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 22.00 |
| Special Comp | 0.00 |
| Vacation | -77.00 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y3 | 1,174.54 | 41,248.30 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

**Stacey M. Hudson**
**4032 Gideon Rd**
**Brookhaven, PA 19015**
**US**

| | |
|---|---|
| Employee Number | |
| Department | PPD Police |
| Location | PPD 4902 |
| Payperiod Ending | 2026/05/24 |
| Date Payable | 2026/05/29 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 80.00 | 2,363.40 |
| Longevity Pay | 0.00 | 139.77 |
| Overtime 1_5 | 2.00 | 88.63 |
| Third Shift | 20.00 | 8.00 |
| | | |
| **Gross Current Earnings** | | **2,599.80** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 219.82 | 2,217.35 |
| Social Security | 161.18 | 1,570.74 |
| Medicare | 37.70 | 367.35 |
| PA State Tax | 79.81 | 777.77 |
| PA Unemployment | 1.82 | 17.73 |
| Philadelphia | 89.17 | 868.97 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| | | |
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan Y3 | 134.67 | 1,309.21 |
| Def Comp Flat | 100.00 | 1,100.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,599.80 | 25,334.56 |
| Net Earnings | 1,462.08 | 14,140.18 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 30.00 | 322.00 |
| Deferred Comp Loan | 283.55 | 2,583.26 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances. | |
| Admin Leave (Expires 30-Jun-2026) | 0.00 |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| FMLA | 424.00 |
| Holiday Comp | 0.00 |
| K9 Care | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 32.00 |
| Special Comp | 0.00 |
| Vacation | -60.34 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y3 | 1,309.21 | 41,382.97 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**

## Payslip
### Earnings and Deductions

**CITY OF PHILADELPHIA**

**Stacey M. Hudson**
**4032 Gideon Rd**
**Brookhaven, PA 19015**

**US**

| | |
|---|---|
| Employee Number | ▅▅▅▅ |
| Department | PPD Police |
| Location | PPD 4902 |
| Payperiod Ending | 2026/06/07 |
| Date Payable | 2026/06/12 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Time Entry Wages | 56.00 | 1,654.38 |
| FMLA Sick | 8.00 | 236.34 |
| Vacation | 8.00 | 236.34 |
| Holiday Cash | 8.00 | 236.34 |
| Longevity Pay | 0.00 | 134.72 |
| Legal Aid | 0.00 | 12.00 |
| Third Shift | 14.00 | 5.60 |
| | | |
| **Gross Current Earnings** | | **2,515.72** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 210.32 | 2,427.67 |
| Social Security | 155.98 | 1,726.72 |
| Medicare | 36.48 | 403.83 |
| PA State Tax | 77.23 | 855.00 |
| PA Unemployment | 1.77 | 19.50 |
| Philadelphia | 86.29 | 955.26 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| | | |
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Pen_Plan Y3 | 129.69 | 1,438.90 |
| Def Comp Flat | 100.00 | 1,200.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 2,515.72 | 27,850.28 |
| Net Earnings | 1,392.41 | 15,532.59 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Union Dues | 30.00 | 352.00 |
| Deferred Comp Loan | 283.55 | 2,866.81 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances below are effective as of the pay period ending date shown above on this pay stub. Any leave earned or used after the pay period ending date are not reflected in these balances. | |
| **Admin Leave** (Expires 30-Jun-2026) | 0.00 |
| | |
| Catastrophic Leave | 0.00 |
| Comp Time | 0.00 |
| Domestic Violence | 0.00 |
| FMLA | 432.00 |
| Holiday Comp | 0.00 |
| K9 Care | 0.00 |
| Military Caregiver | 0.00 |
| Military Leave | 240.00 |
| Pandemic Leave | 0.00 |
| Parental Leave | 0.00 |
| Sick | 24.00 |
| Special Comp | 0.00 |
| Vacation | -68.34 |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan Y3 | 1,438.90 | 41,512.66 |

**FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
**Earnings and Deductions**

**CITY OF PHILADELPHIA**