# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Stacey Hudson, | Case No. 26-12585-DJB |
| | Chapter 13 |
| *Debtor*. | |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on June 22, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: June 22, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900
Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service - First Class Mail

Brookhaven Fire Company
2 Cambridge Rd Ste 52
Brookhaven, PA 19015-1712

LVNV Funding LLC/Resurgent
Capital Services
Resurgent Correspondence, Attn:
Bankruptcy PO Box 1269
Greenville, SC 29602

Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411-2546

PECO Energy Company
2301 Market St
Philadelphia, PA 19103-1338

Chester Water Authority
P.O. Box 467
Chester, PA 19016-0467

Pennsylvania Housing Finance
Agency
Attn: Bankruptcy
211 N Front St
Harrisburg, PA 17101-1406

Comcast
Attn: Bankruptcy
1701 John F Kennedy Blvd
Philadelphia, PA 19103-2838

Southwest Delaware County
Municipal Authority
PO Box 2466
Aston, PA 19014-0466

Credit Acceptance
25505 West 12 Mile Road Ste 3000
Southfield, MI 48034

T Mobile
Attn: Bankruptcy
P.O. Box 53410
Bellevue, WA 98015-3410

Flagship Fin**ancial**
Po Box 3807
Coppell, TX 75019

Thriveworks Administrative
Services, LLC
1000 Jefferson St Ste 1b
Lynchburg, VA 24504-1724

Fst Premier
3820 N Louise Avenue
Sioux Falls, SD 57107

Jefferson Health
Attn: Bankruptcy
c/o Office of Legal Affairs
1101 Market St Ste 2400
Philadelphia, PA 19107-2934