# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Stacey Hudson,<br><br>*Debtor*. | Case No. 26-12585-DJB<br>Chapter 13 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on September 25, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 25, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Method of Service - CM/ECF:

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building 900
Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Pennsylvania Housing Finance Agency**
Attn: Bankruptcy
211 N Front St
Harrisburg, PA 17101-1406

**Chester Water Authority**
P.O. Box 467
Chester, PA 19016-0467

## Method of Service - First Class Mail

**Southwest Delaware County Municipal Authority**
PO Box 2466
Aston, PA 19014-0466

**U.S. Department of Housing and Urban Development**
801 Market Street 12th Floor
Philadelphia, PA 19107

## Method of Service - Certified Mail

**Credit Acceptance**
Attn: Vinayak R. Hegde, CEO
25505 West 12 Mile Road
Southfield, MI 48034