UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| STACEY HUDSON, | : BANKRUPTCY NO. 26-12585-djb |
| Debtor | : |
| | : CHAPTER 13 |
| | : |
| PENNSYLVANIA HOUSING FINANCE | : |
| AGENCY, | : L.B.R. 9014-3B |
| Movant | : |
| | : HEARING: **DECEMBER 10, 2026** |
| vs. | : **at 11:00 a.m.** |
| | : Robert N.C. Nix Sr. Federal Courthouse |
| STACEY HUDSON and | : 900 Market Street, 2nd Floor |
| KENNETH E. WEST, Trustee | : Philadelphia, PA 19107 |
| Respondents | : |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE HONORABLE DEREK J. BAKER, U. S. BANKRUPTCY JUDGE:

AND NOW comes Pennsylvania Housing Finance Agency, by its attorneys, Purcell, Krug & Haller, and files this Motion to obtain relief from the automatic stay pursuant to Section 362(d) of the Bankruptcy Code as follows:

1. That this is a contested matter under Rule 9014 brought pursuant to 11 USC Section 362(d).

2. Movant, Pennsylvania Housing Finance Agency, is a company with an office located at 211 North Front Street, Harrisburg, Pennsylvania 17101.

3. Respondent, Stacey Hudson is an adult individual whose last known address is 4032 Gideon Road, Brookhaven, PA 19015.

4. Respondent, Kenneth E. West, is the Trustee duly appointed in the above case with a place of business at 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106.

5. On or about April 13, 2023, Respondent executed and delivered a Mortgage Note in the sum of $220,924.00 payable to Prosperity Home Mortgage, LLC, which Note is attached hereto and marked Exhibit "A".

6. Contemporaneously with and at the time of the execution of the aforesaid Mortgage Note, in order to secure payment of the same, the Respondent made, executed, and delivered to original Mortgagee, a certain real estate Mortgage which was recorded on April 17, 2023 in the Delaware County Recorder of Deeds Office at Instrument #2023012574 conveying to original Mortgagee the subject premises. The Mortgage was assigned to PENNSYLVANIA HOUSING FINANCE AGENCY and was recorded on July 31, 2023 at Instrument #2023026686 in the aforesaid County and Commonwealth. The said Mortgage and Assignment are incorporated herein by reference.

7. The land subject to the Mortgage is known and numbered as 4032 Gideon Road, Brookhaven, PA 19015.

8. The balance owed Movant is approximately $262,500.00.

9. Other liens against the property:

a) Statutory lien held by Chester Water Authority in the approximate amount of $1,000.00; and

b) Statutory lien held by Southwest Delaware County Municipal Authority in the approximate amount of $2,500.00.

10. The value of the real estate is approximately $193,200.00 (per Debtor's Schedules).

11. Debtor has not made any post petition mortgage payments to Movant since filing bankruptcy, failing to make five (5) postpetition payments to Movant in the amount of $1,763.44 each, totaling $8,817.20.

12. After allowance of exemptions to which Debtor has claimed in the Bankruptcy Petition, the value of the aforesaid property to be sold is grossly insufficient to pay the record liens against the property, as well as costs that could be incurred by the Trustee in selling said property.

13. No equity exists in said property for the benefit of the unsecured creditors.

14. Movant is entitled to relief for cause.

WHEREFORE, Movant prays for the entry of an Order terminating the automatic stay and granting Movant leave to exercise its State Court foreclosure rights and that such further relief be granted as your Honorable Court deems fair and equitable.

PURCELL, KRUG & HALLER

By:/s/Leon P. Haller
Leon P. Haller
Attorney for Movant
1719 North Front Street
Harrisburg, PA 17102-2392
(717)234-4178
Attorney ID #15700
lhaller@pkh.com

Dated: November 13, 2026