UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| STACEY HUDSON,<br>Debtor | : BANKRUPTCY NO. 26-12585-djb |
| | : CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY,<br>Movant | : L.B.R. 9014-3B |
| vs. | : |
| STACEY HUDSON and<br>KENNETH E. WEST, Trustee<br>Respondents | : |

**ORDER**

AND NOW, to wit, this _______ day of _______________, 2026, upon consideration of the Motion for Relief from the Automatic Stay, it appearing to the Court that no Answer or response has been timely filed, the Motion is hereby granted and the automatic stay is modified as to the Movant relative to property situate at 4032 Gideon Road, Brookhaven, PA 19015.

BY THE COURT:

______________________________
Derek J. Baker,
Bankruptcy Judge

cc: Leon P. Haller, Esquire
Via: ECF/CM

Kenneth E. West, Esquire
Via: ECF/CM

United States Trustee
Via: ECF/CM

Michael A. Cibik, Esquire
Via: ECF/CM

Stacey Hudson
4032 Gideon Road
Brookhaven, PA 19015