UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| STACEY HUDSON,<br>Debtor | : BANKRUPTCY NO. 26-12585-djb<br>: |
| | : CHAPTER 13<br>: |
| PENNSYLVANIA HOUSING FINANCE AGENCY,<br>Movant | :<br>: L.B.R. 9014-3B<br>: |
| vs. | : HEARING: **DECEMBER 10, 2026**<br>: **at 11:00 a.m.**<br>: Robert N.C. Nix Sr. Federal Courthouse |
| STACEY HUDSON and<br>KENNETH E. WEST, Trustee<br>Respondents | : 900 Market Street, 2nd Floor<br>: Philadelphia, PA 19107<br>: |

## CERTIFICATE OF SERVICE

I, Leon P. Haller, attorney for Movant, Pennsylvania Housing Finance Agency, do hereby certify that a true and correct copy of the Motion for Relief from the Automatic Stay, Notice of Motion/Response Deadline and Hearing Date, proposed Order and Certificate of Service have been served this 13th day of November, 2026 by first class mail, postage prepaid, upon those listed below:

| | |
|---|---|
| Debtor: | Stacey Hudson<br>4032 Gideon Road<br>Brookhaven, PA 19015 |
| Trustee: | Kenneth E. West, Esquire<br>Via: ECF/CM |
| Debtor's Counsel: | Michael A. Cibik, Esquire<br>Via: ECF/CM |
| | United States Trustee<br>Via: ECF/CM |

/s/Leon P. Haller
Attorney for Movant

Dated: November 13, 2026